UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

LUIGI ABREU,

                                              **Plaintiff,**                        **22-CV-01100 (ALC)(SN)**

                   -against-                                                      **ORDER**

DASHING DIVA FRANCHISE CORP.,

                                          **Defendant.**

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A joint letter informing the Court about the status of settlement shall be filed with the Court by Friday, September 16, 2022.

**SO ORDERED.**

                                                                               _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       September 9, 2022
                    New York, New York