```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIGI ABREU,

                              Plaintiff,                      22-CV-01100 (ALC)(SN)

          -against-                                 **ORDER**

DASHING DIVA FRANCHISE CORP.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On September 9, 2022, the parties were ordered to file a joint status letter no later than September 16, 2022. ECF No. 20. As of today, no such letter has been filed. The parties are once again ORDERED to file a joint letter informing the Court about the status of settlement by September 28, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                September 23, 2022